# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vernell Beckum,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Conn Appliances, Inc., et al.,<br><br>　　　　　Defendants. | No. CV-14-00715-PHX-SPL<br><br>**ORDER** |

Before the Court is the parties' Stipulation for Dismissal (Doc. 29). Pursuant to that stipulation,

**IT IS ORDERED:**

1. That the Stipulation for Dismissal (Doc. 29) is **granted**;
2. That this action is **dismissed with prejudice** in its entirety;
3. That each party shall bear its own costs and attorneys' fees; and
4. That the Clerk of Court shall terminate this action.

Dated this 16th day of October, 2015.

　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　United States District Judge